IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    *Plaintiff*,

v.                                        Case No. 14-20014-01-KHV

DAMON DOUGLAS GRIFFIN,
    *Defendant*.

___

**ORDER TO TERMINATE DEFENDANT'S TERM OF SUPERVISED RELEASE**
___

This matter is before the Court on defendant's Motion To Terminate Defendant's Term Of Supervised Release (Doc. #976) filed October 9, 2024, which the government and the U.S. Probation Office do not oppose. The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the position of the U.S. Attorney and the U.S. Probation Office. For substantially the reasons stated in defendant's Motion To Terminate Defendant's Term Of Supervised Release (Doc. #976), the Court finds that defendant's term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that defendant's Motion To Terminate Defendant's Term Of Supervised Release (Doc. #976) filed October 9, 2024 is **SUSTAINED**. The Court terminates the remaining term of defendant's supervised release. Defendant is discharged.

Dated this 21st day of October, 2024 at Kansas City, Kansas.

                                                            s/ Kathryn H. Vratil
                                                             KATHRYN H. VRATIL
                                                             United States District Judge